**Rae Needleman, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 32,653.**

Opinion filed October 3, 1928. Rehearing denied October 16, 1928.

George W. Miller and Arthur J. Donovan, for appellants; Frank L. Kriete and Charles C. Cunningham, of counsel. Soelke, Koehn & Loewy, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**Saul H. Groner, appellee, v. James J. Catsaros and James W. Darras, defendants, on appeal of James W. Darras, appellant. Gen. No. 32,683.**

Opinion filed October 3, 1928.

Litsinger, Healy & Reid, for appellant. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**Amy C. Parker, appellant, v. G. Frank Croissant and Union Bank of Chicago, appellees. Gen. No. 32,695.**

Opinion filed October 3, 1928.

Hauze & Hauze, for appellant. Kirkland, Fleming, Green & Martin, for appellee Union Bank of Chicago; Robert N. Golding, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.